IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUBE CITY IMS CORPORATION,<br>　　　　Plaintiff,<br><br>vs<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br>　　　　Defendant. | 2:14cv1245<br>Electronic Filing<br><br>Judge Cercone<br>Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this 24th day of November, 2014, after the Defendant, Allianz Global Risks US Insurance Company, removed the action that the plaintiff, Tube City IMS Corporation, had filed in the Court of Common Pleas of Allegheny County to this Court, and after a motion to remand was submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 20), which is adopted as the opinion of this Court,

　　IT IS ORDERED that plaintiff's motion to remand (ECF No. 3) is DENIED.

*DS Cercone*
_____
David Stewart Cercone
United States District Judge

cc: Jeanette H. Ho, Esquire
    Mark Gordon, Esquire
    James M. Hoey, Esquire
    Paul K. Geer, Esquire
    Tara L. Maczuzak, Esquire
    Thomas S. Gozdziak, Esquire

  (*Via CM/ECF Electronic Mail*)